No. 55002.—Raymond Abraham et al. *v.* United States, protests 114035–K, etc. (New York).

Opinion by Lawrence, J. It was stipulated that the items of merchandise marked "A" or "B" on the invoices consist of watch movements similar in all material respects to those which were the subject of *United States* v. *Helbros Watch Co. et al.* (38 C. C. P. A. 1, C. A. D. 430). Upon the agreed statement of facts and the cited authority, the items marked "A" were held properly dutiable at the base rate of 90 cents each as watch movements more than 1 inch but less than 1.77 inches wide, and the items marked "B" were held dutiable at $1.20 each as watch movements more than 9/10 of 1 inch but not more than 1 inch wide under paragraph 367 (a) (1), as modified, *supra*.

No. 55003.—William E. Emig *v.* United States, protest 163828–K (New York).

Opinion by Ford, J. An examination of the record disclosing that the protest was prematurely filed, the motion to dismiss was granted.

No. 55004.—B. Altman & Co. *v.* United States, protests 137681–K, etc. (New York).

Opinion by Ford, J. The protests were dismissed.

No. 55005.—Bergdorf Goodman Co. et al. *v.* United States, protests 138832–K, etc. (New York).

Opinion by Ford, J. The protests were dismissed.

No. 55006.—Fenwick Textiles, Inc., et al. *v.* United States, protests 146147–K, etc. (New York).

Opinion by Ford, J. The protests were dismissed.